UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br><br>PAULA RIOS | Civil Action No. **2:22-cv-02224** |

### SHORT FORM COMPLAINT

Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 9 and is to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff hereby incorporates the Master Complaint in MDL No. 2846 by reference. Plaintiff further shows the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device:

    Paula Rios

2. The name of any Consortium Plaintiff (if applicable):

    N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. State of Residence:

    AR

5. District Court and Division in which action would have been filed absent direct filing:

    United States District Court for the District of Rhode Island (Providence)

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Davol, Inc.

   ☒ B. C.R. Bard, Inc.

   ☐ C. Other (please list:_____)

7. Identify which of Defendants' Hernia Mesh Devices were implanted (Check device implanted):

   ☐ 3DMax Mesh

   ☐ 3DMax Light Mesh

   ☐ Bard (Marlex) Mesh Dart

   ☐ Bard Mesh

   ☐ Bard *Soft* Mesh

   ☒ Composix

   ☐ Composix E/X

   ☒ Composix Kugel Hernia Patch

   ☐ Composix L/P

   ☐ Kugel Hernia Patch

   ☐ Marlex

   ☐ Modified Kugel Hernia Patch

   ☐ Perfix Light Plug

   ☐ PerFix Plug

   ☐ Sepramesh IP

   ☐ Sperma-Tex

   ☐ Ventralex Hernia Patch

   ☐ Ventralex ST Patch

   ☐ Ventralight ST

2

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

8. Defendants' Hernia Mesh Devices about which Plaintiff is making a claim (Check applicable device):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard *Soft* Mesh

☒ Composix

☐ Composix E/X

☒ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

3

☐ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

Date of Implantation and state of implantation: On or about 05/11/2001, CA (Composix); On or about 09/20/2007, CA (Composix Kugel);

9. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device had subsequent surgical intervention due to the Hernia Mesh Device?:     Yes X     No____

10. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

11. Counts in the Master Complaint adopted by Plaintiff:

☒ Count I – Strict Product Liability- Defective Design

☒ Count II – Strict Product Liability- Failure to Warn

☒ Count III – Strict Product Liability- Manufacturing Defect

☒ Count IV– Negligence

☒ Count V– Negligence Per Se

☒ Count VI– Gross Negligence

☒ Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection laws):

Cal. Bus. & Prof. Code § 17000, *et seq.*; R.I. Gen. Laws § 6-13.1-1, *et seq.*

☒ Count VIII – Breach of Implied Warranty

4

☒ Count IX – Breach of Express Warranty

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Intentional Infliction of Emotional Distress

☒ Count XII – Negligent Misrepresentation

☒ Count XIII – Fraud and Fraudulent Misrepresentation

☒ Count XIV – Fraudulent Concealment

☐ Count XV – Wrongful Death

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

_____
_____
_____
_____

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):

_____
_____

           **s/** *Andrea J. Giovannone*
           Attorney for Plaintiff

Andrea J. Giovannone (CA Bar No. 287358)
Email: Andrea@drlawllp.com
Colette McEldowney (CA Bar No. 320985; WA Bar No. 50429, OR Bar No. 123925
Email: Colette@drlawllp.com
Gregory Rueb (CA Bar No. 154589, District of Columbia Bar No. 1033707)
Email: Greg@drlawllp.com

**Dalimonte Rueb Stoller, L.L.P.**
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
Telephone: (833) 443-7529